UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GUTTENTAG and<br>STEVEN REEVES, on behalf of themselves<br>and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>RUBY TUESDAY, INC., DOE<br>DEFENDANTS 1-10,<br><br>      Defendants. | Civil Action No. 12-cv-03041 (AT) |

**NOTICE OF PLAINTIFFS' MOTION TO APPROVE SETTLEMENT, AWARD ATTORNEYS' FEES AND EXPENSES, AND GRANT SERVICE AWARDS**

PLEASE TAKE NOTICE, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Approve Settlement, Award Attorneys' Fees and Expenses, and Grant Service Awards, and the Declaration of Adam Gonnelli in Support of Plaintiffs' Motion to Approve Settlement, Award Attorneys' Fees and Expenses, and Grant Service Awards, Plaintiffs will move this Court at the United States Courthouse, 500 Pearl Street, New York, NY, on September 30, 2014, at 4:00 p.m., in the courtroom of the Honorable Analisa Torres, for an order:

1. Granting approval to the proposed settlement;
2. Approving the proposed plan of allocation of settlement proceeds;
3. Approving the service awards to seven plaintiffs; and
4. Awarding attorneys' fees and expenses to counsel for plaintiffs.

Dated: September 15, 2014  **FARUQI & FARUQI, LLP**

*/s/ Adam Gonnelli*

Lubna Faruqi (LF-8409)
Adam Gonnelli (AG-4782)
369 Lexington Avenue, 10th Fl.
New York, NY 10017
Tel: (212) 983-9330
Fax: (212) 983-9331

Steven S. Siegel
**THE LAW OFFICE OF STEVEN S. SIEGEL, P.L.L.C.**
401 Franklin Ave.
Suite 300
Garden City, NY 11580
Tel: (516) 665-2800

*Attorneys for Plaintiffs*